# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| | ) | 17-MJ-7148 |
| | ) | |
| JAIME BRECKENRIDGE | ) | |
| | ) | |
| *Defendant(s)* | | |

FILED
JUL 28 2017
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  September 2016 to July 28, 2017  in the county of  Champaign  in the  Central  District of  Illinois , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(A)(2)(A) & (b)(1) | Receipt of child pornography |
| 18 U.S.C. § 2252A(5)(B) & (b)(2) | Possession of child pornography |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

s/Michael Carter

*Complainant's signature*

Michael Carter, Special Agent, FBI

*Printed name and title*

Sworn to before me and signed in my presence.

s/Eric I Long

Date: 07/28/2017

*Judge's signature*

City and state:  Monticello, Illinois

Eric I. Long, United States Magistrate Judge

*Printed name and title*

# AFFIDAVIT

I, Michael A. Carter, Special Agent of the Federal Bureau of Investigation (FBI), United States Department of Justice, having been first duly sworn, do hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), assigned to the Springfield, Illinois, Division. I have been employed as a Special Agent for the FBI since August 2016. As part of my duties, I investigate violations of federal law relating the online exploitation of children, including violations pertaining to the illegal possession, receipt, transmission, and production of material depicting the sexual exploitation of minors. Prior to becoming a Special Agent with the FBI, I was a Police Officer for the Johnson City Police Department in Johnson City, Tennessee, for approximately five years and three months. During my tenure, I investigated various misdemeanor and felony violations of law, and was the affiant on numerous state search warrants.

2. I am an "investigative or law enforcement officer" of the United States within the meaning of Section 2510(7) of Title 18, United States Code, and am empowered by law to conduct investigations of, and to make arrests for, child exploitation and child pornography offenses enumerated in Title 18, United States Code, Sections 2252 and 2252A *et seq*. As an FBI Special Agent, I am authorized to execute warrants issued under the authority of the United States.

3. I make this affidavit in support of a criminal complaint and arrest for JAIME BRECKENRIDGE (hereafter "BRECKENRIDGE"). As will be shown below, there is probable cause to believe that BRECKENRIDGE did knowingly receive any child pornography (as defined in 18 U.S.C. § 2256) in violation of 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1).

4. The statements contained in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, law enforcement officers, and witnesses. Since this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## STATUTORY AUTHORITY

5. This investigation concerns alleged violations of Title 18, U.S.C. § 2252A relating to material involving the sexual exploitation of minors:

   a. Title 18, United States Code, Sections 2252A(a)(2) and (b)(1) prohibit a person from knowingly receiving or distributing any child pornography, as defined in 18 U.S.C. § 2256(8), that has been mailed or shipped or transported in interstate or foreign commerce by any means, including by computer, or attempting or conspiring to do so.

   b. Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2) prohibit a person from knowingly possessing any book, magazine, periodical, film, videotape, computer disk, or other material that contains an image of child pornography as defined in 18 U.S.C. § 2256(8), that has been mailed, shipped, or transported in interstate or foreign commerce

by any means, including by computer, or that was produced using materials that have been mailed, shipped, or transported in interstate or foreign commerce by any means, including by computer.

## DEFINITION OF TERMS

6. The following terms have the indicated meaning in this affidavit:

   a. The term "minor" is defined at 18 U.S.C. § 2256(1) as any person under the age of eighteen years.

   b. The term "sexually explicit conduct" is defined at 18 U.S.C. § 2256(2)(A) as actual or simulated - (i) sexual intercourse, including genital-genital, oral-genital, anal-genital, or anal-oral, whether between persons of the same or opposite sex; (ii) bestiality; (iii) masturbation; (iv) sadistic or masochistic abuse; or (v) lascivious exhibition of the genitals or pubic area of any person.

   c. The term "email" (electronic mail) is defined as the text messages sent from one person to another via a computer, which may include images. Email can also be sent automatically to a large number of addresses via a mailing list.

   d. The term "Internet" is defined as the worldwide network of computers, a noncommercial, self-governing network devoted mostly to communication and research with roughly 500 million users worldwide. The Internet is not an online service and has no real central hub. It is a collection of tens of thousands of computer networks, online services, and single user components. In order to access the Internet, an individual computer user must use an access provider, such as a university, employer, or commercial Internet Service Provider ("ISP"), which operates a host computer with direct access to the Internet.

   e. The term "IP" (Internet Protocol) is defined as the primary protocol upon which the Internet is based. An IP allows a packet of information to travel through multiple networks (groups of linked computers) on the way to its ultimate destination.

3

f.  The term "IP Address" is defined as a unique number assigned to every computer directly connected to the Internet (for example 173.18.96.176). Each computer connected to the Internet is assigned a unique IP address while it is connected. The IP address for a user may be relatively static, meaning it is assigned to the same subscriber for long periods of time, or dynamic, meaning that the IP address is only assigned for the duration of that on-line session.

g.  The term "ISP" (Internet Service Provider) is defined as a business that allows a user to dial into or link through its computers thereby allowing the user to connect to the Internet for a fee. ISPs generally provide only an Internet connection, an electronic mail address, and maybe Internet browsing software. A user can also connect to the Internet through a commercial online service such as America Online, Earthlink, or MSN. With this kind of connection, the user gets Internet access and the proprietary features offered by the online service, such as chat rooms and searchable databases.

h.  The term "Online Chat Room" is defined as the real time visual interface which displays messages and responses of participants who are using online chat. Chat rooms are usually devoted to specific topics such as US politics; however, there are a number of general chat rooms which are devoted to any issue the participants wish to bring up. Participants usually communicate by typing their contributions into a simple text box line by line. The primary use of a chat room is to share information via text with a group of other users. New technology has enabled the use of file sharing and webcams to be included in some programs and almost all Internet chat rooms or messaging services allow users to display and/or send pictures.

i.  The term "Open Source" or "Open Source Software" is defined as software that makes available the software's source code. This enables the software to be viewed and changed by a programmer.

j.  The term "web site" consists of text pages of information and associated graphic images. The textual information is stored in a specific format known as Hyper-Text Mark-up Language (HTML) and

4

is transmitted from the web servers to various web clients via Hyper-Text Transport Protocol.

k. The term "computer system and related peripherals, and computer media" as used in this affidavit refers to tapes, cassettes, cartridges, streaming tape, commercial software and hardware, computer disks, disk drives, monitors, computer printers, modems, tape drives, disk application programs, data disks, system disk operating systems, magnetic media floppy disks, hardware and software operating manuals, tape systems and hard drives and other computer-related operation equipment, digital cameras, scanners, in addition to computer photographs, Graphic Interchange formats and/or photographs, and other visual depictions of such Graphic Interchange formats, including, but not limited to, JPG, GIF, TIF, AVI, and MPEG.

## PEER TO PEER FILE SHARING

7. A significant aspect of the Internet is peer to peer, or P2P. P2P file sharing is a method of communication available to Internet users through the use of special software. Computers linked together through the Internet using this software form a network that allows for the sharing of digital files between users on the network. These P2P networks are commonly referred to as decentralized networks because each user of the network is able to distribute information and queries directly through other users of the network, rather than relying on a central server to act as an indexing agent, where all of the information is first deposited before it is distributed. A user first obtains the P2P software, which can be downloaded from the Internet. In general, P2P software allows the user to set up files on a computer to be shared with others running compatible P2P software. However, only files that are specifically stored in shared folders are exchanged. Therefore, a user needs simply to move a file from one folder to

another to stop the distribution across the Internet. Further, once a file or files are placed in a shared folder its distribution is dependent only on the machine being turned on and connected to the Internet.

8. BitTorrent is one type of P2P file sharing software. Users of the BitTorrent network wishing to share new content will use a BitTorrent program to create a "torrent" file for the file or group of files they wish to share. A torrent file is a small file that contains information about the file(s) and provides a method for a user to download the file(s) referenced in the torrent from other BitTorrent users. Torrent files are typically found as the result of keyword searches on Internet sites that host or link to them. Torrent files may be referenced by their "infohash", which uniquely identifies the torrent based on the file(s) associated with the torrent file. To download file(s) from other users on the BitTorrent network, a user typically obtains a torrent file. The BitTorrent software processes the information in the torrent file and locates devices on the BitTorrent network sharing all or parts or the actual file(s) being sought. The download of the content referenced in the torrent is achieved after the requesting computer and the sharing computer(s) directly connect to each other through the Internet using the BitTorrent software.

9. One of the advantages of P2P file sharing is that multiple files may be downloaded at the same time. In addition, a user may download parts of one file from more than one source computer at a time. For example, a BitTorrent user downloading a movie file may actually receive parts of the movie from multiple computers. The

advantage of this is that it speeds up the time it takes to download the file. It is possible to also download the file or files from only one computer.

10. The BitTorrent Network bases all of its file shares on the Secure Hash Algorithm (SHA1). This mathematical algorithm allows for the digital fingerprinting of data. Once you check a file or files with a SHA1 hashing utility capable of generating this SHA1 value (the fingerprint), that will be a fixed-length unique identifier for that file. The SHA1 hash is the current Federal Information Processing and Digital Signature Algorithm. The SHA1 is secure because it is computationally infeasible for two files with different content to have the same SHA1 hash value.

11. A P2P file transfer is assisted by reference to an Internet Protocol (IP) address. This address, expressed as four numbers separated by decimal points, is unique to a particular computer during an online session. The IP address provides a unique location making it possible for data to be transferred between computers.

12. IP addresses can be dynamic, meaning that the Internet Service Provider (ISP) can assign a different unique number to a computer when it accesses the Internet. IP addresses might also be static, if an ISP assigns a user's computer a particular IP address which is used each time the computer accesses the Internet.

## UNDERCOVER INVESTIGATION

13. On or about September 27, 2016, an undercover employee (UCE) utilized BitTorrent software and was connected to the Internet in an undercover capacity for the purposes of conducting an investigation on the BitTorrent Peer-to-Peer (P2P) file sharing network. A connection was made between the UCE's investigative computer

7

and a computer/computing device running BitTorrent software with an assigned IP address of 50.148.113.190. Multiple videos were downloaded successfully from IP address 50.148.113.190. The device at IP address 50.148.113.190 was the only IP address that shared the contents for each file downloaded, and as such, each file was downloaded directly from this IP address. The undersigned has viewed the downloaded files, and has confirmed the files constitute child pornography and/or child erotica. Twenty-three total videos were reviewed, of which at least 21 contained child exploitative material. Thirteen of these videos appeared to depict pre-pubescent children, of which eight depicted a sexual act. Seven videos appeared to depict early pubescent children, of which six depicted a sexual act.

14. The following downloaded videos are described in more particular detail:

   a. <u>Childlover - Man Fucks 13Yo Pthc Yum 4.mpg</u>- This video is 21 seconds (00:21) in length. The video depicts a nude prepubescent girl lying on her back with her legs spread open. The young girl is being vaginally penetrated by the penis of what appears to be an adult male. At approximately 14 seconds into the video, the male begins to fondle the girl's vagina with his left thumb while he continues to vaginally penetrate her. The video continues in this manner until it ends.

   b. <u>250    Russian Dad Fuck 11Yo Daughter 12Yo Friend.MPG</u>- This video is 1 minute and 49 seconds (01:49) in length and depicts an adult male and a young female on a bed. The male appears to be on top of the female vaginally penetrating her with his penis. At approximately

8

01:03, the video shows the female on her hands and knees being penetrated from the rear by the male's penis. At this time, the female appears very young, likely in her pre-teenage years. At approximately 01:21, the video depicts a second girl on her hands and knees being penetrated from the rear by the male's penis. This female also appears to be in her pre-teenage years. At 01:32, the video again shows the male on top of one of the females, and he appears to be penetrating the female's vagina with his penis. At 01:40, the male states "I'm gonna cum."

c. <u>11yo girl.mpg</u>- There is no total time displayed on this video. A stopwatch indicates it is approximately 3 minutes and 24 seconds (03:24) in total length. The video depicts a prepubescent female with her buttocks in the air and genitals exposed. An adult male is fondling the anus of the female and inserts his finger into her anus. At approximately 00:20, the video depicts a close-up shot of the genitals and anus of the female. At approximately 00:39, an adult male's penis is rubbed against the female's anus and is soon inserted into the anus. At approximately 01:08, the female begins to fondle her vagina while being anally penetrated. This continues until approximately 02:59, when the male removes his penis from the female's anus. The video continues with close-up shots of the female's genitals and anus.

d. <u>kristin</u>- This video is 3 minutes and 56 seconds (03:56) in total length and begins with a nude prepubescent female lying on her back with her legs spread open. The video zooms in to focus on the genitals of the minor at various times. At approximately 00:56 seconds, a male rubs his penis on the female's vagina, and at 01:35 he inserts his penis into her vagina. The video continues in this manner until approximately 03:03, when the female is shown on her hands and knees with her genitals and buttocks up in the air. At approximately 03:20, the male digitally penetrates the female's vagina.

e. <u>53___samble3.avi</u>- This video is 8 minutes and 39 seconds in length (08:39) and begins with a prepubescent female unclothed from the waist down. The female's legs are being spread open by an adult male, who is also fondling her vagina. The male fondles her vagina until approximately 00:44, at which point he begins to perform oral sex on the female. The oral sex continues until approximately 04:43. At approximately 05:00, the nude male gets on top of the female and begins to vaginally penetrate her with his penis. This continues until approximately 08:27, when the penetration ends and the male rubs the female's buttocks.

f. <u>2_(PT)`_`1hannah_a5_rough_play.avi</u>- This video is 34 seconds (00:34) in length and depicts an adult male fondling the genitals of a prepubescent female. The male pulls down the females pants with one

10

hand and fondles the genitals with the other. At approximately 00:28, the female begins to cry.

15. Subsequent to the aforementioned file transfer, the UCE issued an FBI administrative subpoena requesting subscriber information from Comcast Cable Communications, LLC., an Internet service provider (ISP) responsible for IP address 50.148.113.190. On the dates and times when the child pornography files were downloaded by the UCE, the subscriber to IP address 50.148.113.190 was reported as: "Tenant Tenant", at an address on the 2200 block of south 1st in Champaign, Illinois in the Central District of Illinois. With a billing address of the University of Illinois in Rantoul, Illinois in the Central District of Illinois. The email address associate with the subscriber is "valiarde@comcast.net" and customer account number is 8771403030077123. A subsequent administrative subpoena, issued May 15, 2017, confirmed that customer account # 8771403030077123 is still assigned I.P. address 50.148.113.190 as recent as May 15, 2017.

## IDENTIFICATION OF JAIME BRECKENRIDGE

16. Investigating Agents consulted with Task Force Officer (TFO) Barbara Robbins from the University of Illinois Police Department. TFO Robbins is employed by the University of Illinois, and is currently assigned to the FBI Joint Terrorism Task Force. TFO Robbins revealed that the tenant the aforementioned address on South 1st street at the time of the undercover download session on September 27, 2016, was Jaime L. BRECKENRIDGE, a 33 year old male. Furthermore, on July 24, 2017, TFO Robbins confirmed that Jaime L. Breckenridge was still the tenant at that location.

11

17. On June 7, 2017, a wi-fi sweep was conducted at the BRECKENRIDGE's residence. From inside the 2219 building, multiple wi-fi networks were located and all were secure, meaning a password was required to join the network. These networks displayed a very strong signal, consistent with being located inside the 2219 building. There was one unsecured network named "xfinitywifi" that showed up sporadically on the sweep. Anytime that the network was visible on the device, it had an extremely weak signal. This weak signal is likely the result of this unsecured network being located in another apartment building within the same complex.

18. With the use of law enforcement software, this same IP address was observed on the BitTorrent network associating with known child exploitative material 62 times. These observations occurred between September 27, 2016, at 4:23:35 p.m. UTC and November 29, 2016, at 4:19:16 a.m. UTC. Of these 62 observations, the law enforcement computer was able to successfully connect, or "handshake," the target computer 25 times.

## EXECUTION OF SEARCH WARRANT

19. On July 25, 2017, United States Magistrate Judge Eric I. Long authorized the search of BRECKENRIDGE's residence. FBI agents executed that warrant on July 28, 2017 at approximately 7:00 a.m. and encountered BRECKENRIDGE as the sole occupant of the residence. The residence only had one bed, and all of the clothing inside the apartment appeared consistent with a male of BRECKRIDGE's size. Agents only located indicia of residence for BRECKERIDGE in the apartment. Furthermore,

12

during initial contact with BRECKENRIDGE, he stated to TFO Barbara Robbins that he did not have any roommates and that everything inside belonged to him.

20. BRECKENRIDGE became visibly nervous when agents attempted to speak to him, and stated he was uncomfortable and wanted to speak to his mother or his boss. When agents tried to get telephone numbers for those persons for him, he would not provide them. BRECKENRIDGE stated he was going to go for a walk, agents indicated that they would be present at his residence and would continue the search. BRECKENRIDGE returned a few minutes later and requested his wallet so that he could go to "County Market" to "get a drink", which was given to him. Agents observed him walk approximately 100 yards down the road whereupon he returned to the residence and stated he was going to take his car. Agents informed him that his keys were in the residence and the search was ongoing therefore they could not permit him to look for his keys at this time. BRECKENRIDGE left the area, has not returned and agents have been unable to locate him despite a diligent search of the area.

21. In the meantime, agents located multiple items of computer media in BRECKENRIDGE's residence, including one HP desktop tower, two HP laptops, three cellular smartphones, one Samsung tablet, one Sony Playstation 4, seven portable storage devices, and four digital camera devices. An on-scene computer forensic preview was conducted on the HP desktop computer and agents located a video, approximately an hour in length, depicting a prepubescent female being recorded by another person as the female lasciviously displayed her genitals. This video also depicts the female engaging in oral sex on an adult male penis, and being vaginally

13

penetrated by an adult male's penis. This file was named <u>!!! New 0604 !!! Irisa(Valya) Final Version (Part 1)</u> and was located in a folder named "Valya"[1] under the user profile "Pauline", which was the only specific user named on the desktop computer. Images of BRECKENRIDGE that appear to be self-taken or "selfies" were also located under this user profile. Agents also located two peer to peer software programs on this device called FreeNet and BitLord, which are similar to BitTorrent.

22.     In addition, agents also located a bag of Beanie Babies, a popular children's stuffed animal toy, in the same location as the small sized female underwear.

23.     From inside the residence, agents noted that BRECKENRIDGE's living room window overlooks a playground. Agents located a pair of binoculars on the table near this window. Agents also located multiple items commonly used in sadomasochistic rituals, such as leather restraints and a bottle of anal lubricant jelly.

Respectfully submitted,

s/Michael Carter

_____
Michael Carter, Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me
this 28 day of July, 2017.
s/Eric I Long

_____
Eric I. Long, Magistrate Judge
United States District Court

---

[1] I know based on my training and experience that this folder is user generated and not system generated.

14