IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAIME BRECKENRIDGE,<br><br>Defendant. | Criminal No. 17-CR-20043<br>VIO: 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1); 2252A(a)(5)(B) and (b)(2); and 2253. |

## INDICTMENT

### COUNT ONE
(Distribution of Child Pornography)

**THE GRAND JURY CHARGES THAT:**

On or about September 27, 2016, in Champaign County, within the Central District of Illinois, and elsewhere, the defendant,

**JAIME BRECKENRIDGE,**

knowingly distributed child pornography, as defined in Title 18, United States Code, Sections 2256(8)(A) and (B), including but not limited to the video files *"Childlover - Man Fucks 13Yo Pthc Yum 4.mpg"* and *"11yo girl.mpg"*, said child pornography having been mailed, shipped or transported in or affecting interstate and foreign commerce, and using any means or facility of interstate or foreign commerce, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and (b)(1).

## COUNT TWO
(Possession of Child Pornography)

On or about July 28, 2017, in Champaign County, in the Central District of Illinois,

**JAIME BRECKENRIDGE,**

knowingly possessed computer processing units, hard drives, mobile devices and other digital storage materials, which contains images and videos of child pornography, as defined in Title 18, United States Code, Sections 2256(8)(A)and (B), said images had been shipped and transported using any means or facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, by any means, including by computer and which have been produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

## FORFEITURE NOTICE

1.  The charge contained in Count One and Two are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Section 2253.

2.  For his engagement in the violations alleged in Count One and Two, the defendant,

**JAIME BRECKENRIDGE,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all interest in:

a.  Any visual depictions or other matter containing such visual depictions which were produced, transported, mailed, shipped, received, or possessed as alleged in Count One and Two of this Indictment;

b.  Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses alleged in Count One and Two of this Indictment; and

c.  Any property, real or personal, used or intended to be used to commit or promote the commission of the offenses alleged in Count One and Two of this Indictment.

3.  The property referenced in paragraph 2, subparagraphs a, b, and c above includes, but is not limited to, video recorders and accessories, cameras, computer hardware, such as monitors, central processing units, keyboards, computer programs, software, computer storage devices, such as disk drive units, disks, tapes, hard disk drives/units, peripherals, modems and other telephonic and acoustical equipment, printers, contents of memory data contained in and through the aforementioned hardware and software, tools, equipment, manuals and documentation for the assembly and use of the aforementioned hardware and software, including the specific equipment listed:

- White Samsung cellphone w/black case
- Silver and Black HP Laptop computer, Serial No. CND62073MS
- Black Samsung Galaxy Sie Edge cell phone
- Black HP computer tower, Serial No. MXU01204L3

- Black micro center thumbdrive
- Silver Kodak PixPro digital camera
- Blue MyPassport external hard drive, Serial No. WX71A82L6852
- Black Samsung cellphone
- Silver IQ sound digital camcorder
- CD-R entitled "Juvenile Mardis Gras 2"
- Black Samsung tablet, Serial No. R52G71F5P76
- Canon Multimedia card
- Red Sony Cyber-shot digital camera
- Silver canon Powerhsot digital camera
- Black HP laptop, Serial No. 2CE3140L0C
- Red verbatim thumb drive with "police contacts and your rights" written
- PlayStation 4, Serial No. MB316887388

All pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL,

s/ Foreperson

_____
FOREPERSON

s/ John Childress

_____
PATRICK D. HANSEN
ACTING UNITED STATES ATTORNEY
EMP

4