UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 17-CR-20043 |
| | ) | |
| JAIME L. BRECKENRIDGE, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT MOTION TO INCLUDE RESTITUTION IN JUDGMENT FOR "EMILY"

Now come the United States of America and Defendant Jaime L. Breckenridge, by and through his attorney of record, Elisabeth R. Pollock, and hereby request that a stipulated order for restitution be included in the judgment for this matter at sentencing:

1. The victim for the identified series "Tightsngold" has requested restitution in this matter. The United States and Defendant stipulate and agree that Defendant, Jaime L. Breckenridge, received the following images involving this identified series:

   a. At least four computer images of child pornography that depicted the victim "Emily" being sexually abused when she was between six or seven years old until she was ten years old.

2. The parties further agree that "Emily's" knowledge that images of her abuse was being disseminated and possessed by others caused her to be re-victimized and has resulted in harm that is distinct from that suffered from the actual contact physical sexual abuse. Thus, "Emily" was harmed as a result of the criminal conduct engaged in by Defendant Breckenridge. The parties agree that the total amount of harm

caused to the victim by the Defendant is $3,000 for future mental health treatment; the cost of her forensic psychological evaluations; and attorney's fees.

3.  The United States and Defendant stipulate and agree that Defendant will pay $3,000 in restitution for the victim and such order shall be included in the judgment and sentence of this Court, as follows:

   a.  **"Attorney Tanya Hankins in trust for Emily" and sent to 215 Tacoma Ave. S, Tacoma, WA 98402**.

4.  The United States and Defendant further stipulate and agree that the $3,000 in restitution is full satisfaction of all restitution liability for this victim arising from Defendant's distribution and possession of child pornography from on or about September 27, 2016, and continuing through on or about July 28, 2017, in the Central District of Illinois.

5.  The defendant further agrees that whatever monetary penalties are imposed by the Court will be due immediately and subject to immediate enforcement by the United States as provided for in 18 U.S.C. § 3613. If the Court imposes a schedule of payments, the defendant understands that the schedule of payments is merely a minimum schedule of payments and not the only method, nor a limitation on the methods, available to the United States to enforce the judgment.

6.  The United States has consulted with the victim's attorney and she is in agreement with this stipulated amount of restitution.

WHEREFORE, the parties requests that the Court include this restitution amount in the Judgment.

Respectfully submitted,

JOHN E. CHILDRESS
UNITED STATES ATTORNEY

*s/Elly M. Peirson*
Elly M. Peirson, IL Bar No. 6298075
Assistant United States Attorney
201 South Vine Street, Suite 226
Urbana, Illinois 61802
Telephone: (217) 373-5875
Fax:    (217) 373-5891
elly.peirson@usdoj.gov


ATTORNEY FOR DEFENDANT,
JAIME L. BRECKENRIDGE

*s/Elisabeth R. Pollock*
Elisabeth R. Pollock
Assistant Federal Public Defender
300 West Main Street
Urbana, Illinois 61801
Telephone: (217) 373-0666
elisabeth_pollock@fd.org

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

*s/Elly M. Peirson*
Elly M. Peirson, IL Bar No. 6298075
Assistant United States Attorney
201 S. Vine Street, Suite 226
Urbana, Illinois 61802
Telephone: (217) 373-5875
elly.peirson@usdoj.gov