UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JAIME L. BRECKENRIDGE, | ) | |
| | ) | |
| Defendant. | ) | 17-CR-20043 |

**DEFENDANT'S SENTENCING EXHIBITS**

NOW COMES the Defendant, JAIME L. BRECKENRIDGE, by his attorney, ELISABETH R. POLLOCK of the Federal Public Defender's Office, and pursuant to Fed. R. Crim. P. 32(i)(1)(C), hereby enters the following Exhibits into evidence to support his oral commentary and in lieu of witness testimony regarding his appropriate sentence.

Respectfully Submitted,

JAIME L. BRECKENRIDGE, Defendant

BY: <u>Elisabeth R. Pollock</u>
ELISABETH R. POLLOCK
Assistant Federal Public Defender
300 West Main Street
Urbana, Illinois 61801
Telephone: (217) 373-0666
Facsimile: (217) 373-0667
Email: Elisabeth_Pollock@fd.org

# CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorney Elly Peirson.

/s/ Elisabeth R. Pollock
ELISABETH R. POLLOCK
Assistant Federal Public Defender
300 West Main Street
Urbana, Illinois 61801
Telephone: (217) 373-0666
Facsimile : (217) 373-0667
Email: Elisabeth_Pollock@fd.org

Dear Judge,

Jaime Breckenridge is my son, his mother and I met 25+ years ago and quickly fell in love. Shortly thereafter I met Jaime at the age of 5, we all got along well and a year or two later Donna and I were engaged and then married. We started looking at adoption proceeding/requirements and were able to get his birth father to sign his custody rights away, as he was not in Jaime's life in any way and was in the process of moving far away. We were able to complete the adoption process within a year or so.

We then moved to the Bloomingdale Illinois area where Jaime completed his grade school, middle school, and high school. Jaime is our only child and means everything to us, we missed him terribly, but were so proud of him when he moved down to the Champaign area two years ago to attend the University of Illinois. Jaime was a huge help to his grandparents when spending summers up at their resort in northern Wisconsin. He did well in school and was always there if someone needed help or support. He worked hard after finishing high school in the carpentry and roofing trades and always supported himself.

Jaime's absence in jail is going to be extremely hard for myself and our family. I worry about him constantly and he's always on my mind. I can only hope the best for him but, I do know that whatever he does after all of this that he will be successful. And we will always be there for him when he needs us. Please show him mercy because I know he is a good person with a good heart.

Respectfully,

*Steven Breckenridge*

STEVEN BRECKENRIDGE   630-432-1244
330 ELMWOOD LN.
BLOOMINGDALE, IL 60108

Vicky Jo Blaylock
166 Lamplighter Court
Dayton, TN 37321
*11 October 2018*

*Sara Darrow*
*300 W. Main Street*
Urbana, IL 61801


Judge Darrow:

I am writing a letter on behalf of my nephew, Jaime Lee Breckenridge.

**My relationship with my nephew started in early May 2012 when my mother who lives in Wisconsin got very sick. I live in Tennessee and was on my way to Wisconsin when my brother, Roger Lammert; biological father of Jaime Breckenridge; called me and asked if I could pick up his son who at the time lived outside of Chicago. I said of course, since I haven't seen my nephew since he was an infant.**

My time with Jaime as we were driving involved a lot of talking and catching up. Jaime told me he wanted to continue his college education but found it hard to do with his work and lack of funds. I explained to him that I would take him to the Oneida Nation reservation, which we are enrolled members of the tribe; to get his ID card and see Higher Education to get funding started so that he could go back to college and not have to pay for it since he is entitled to it. I helped pay for his college tuition and books until his funding came in from Higher Education.

I have kept in touch with Jaime by text and phone calls and even visited him in May 2013. I was very excited to be at his graduation upon completion of his degree. Since I found out he was incarcerated, I have only been able to see him a few times because I live in TN. I will continue to help Jaime out. I, along with two other aunts and his biological father, will be at his hearing in November.

Jaime is an intelligent, ambitious individual. He had so many dreams in spite of all the obstacles his life has given him.

Sara Darrow
Date 11 October 2018
Page 2

Sincerely,

*Vicky Jo Blaylock* (signature)
Vicky Jo Blaylock

Donna Breckenridge
330 Elmwood Lane
Bloomingdale, IL 60108
630-222-5618

Dear Judge,

Jaime Breckenridge is my son and my only child. He means everything to me. I know him to be a smart and caring person who I am very proud to call my son. He is thoughtful and respectful and I have high hopes for his future.

Jaime was a roofer in the roofing union for several years, making a good living. He decided to go back to school so he attended Harper College in Palatine, IL and earned an Associates Degree in 2015. He graduated easily and decided to continue his education by transferring in to the University of Illinois in Champaign / Urbana. He worked very hard to obtain scholarships and financial assistance. His father and I also helped. He was about one semester away from graduating when this awful chapter in his life started to unfold. He also spent most of this last summer working in Dr Blanke's lab on cancer research. Jaime is one of the smartest people I've ever known. I am not alone in believing that he can go on to achieving great things in the field of Microbiology and that he could potentially help a lot of sick people.

When Jaime was young he worked for his grandparents during most of his summers, on a fishing resort they owned and ran. He was a very hard worker and he was liked and loved by many of their customers throughout the years. Whenever I run into someone who stayed at Rocky Reef Resort, they always ask about Jaime and most have a story about how he helped them in some way or what a great kid he was.

These last few months have been very difficult for our family. Our lives are not the same without having Jaime here if we need him. Obviously, I miss him dearly and I worry about him every day. We will always love and support him regardless of the outcome of his current situation. It is our hope that he can get out and continue his pursuit of a Bachelor's Degree and possibly graduate school. His father and I are committed to doing whatever it takes for him to achieve his educations and career goals.

I am asking you to please show my son mercy in sentencing him. If you allow him the chance I know he will succeed in life and not end up in trouble again. I will help him stay on the right track in every way possible.

Thank You,

*Donna Breckenridge*
Donna Breckenridge

Dear Judge,

My name is Karen Mozdzierz. I am writing to you on behalf of my nephew, Jaime Breckenridge. I would like to take this opportunity to tell you about the young man that I have known from the day he was born.

Jaime has always been a hard-working, self-sufficient, responsible person. He has been on his own since he was 17 and has had to work tirelessly to get to the point he is at in his life right now. He does not come from a wealthy family who could give him all that he needed to assure his success. It has been his own determination and drive that has helped him overcome any challenges and excel academically in his chosen field of study. He is bright, articulate and committed to achieving his goals.

What impresses me the most about Jaime is his unconditional love and concern for his family. Due to circumstances beyond his control, at a very early age, he was sent to live with his grandparents for a few years. He has always had a special bond with them. He always made a point of staying in touch with them wherever he was and whatever he was doing. Since his grandfather passed away this past year, he has taken to calling his grandmother even more to see how she is doing and tell her about his schooling and all the things he is doing. He always made a point of calling me or his cousins to "touch base" at least once a month.

I think not being able to talk to him and see him are the things that will impact our lives the most. I have always worried about him throughout the years and he has always been there reassuring me that he's okay. I worry about the effect his absence will have on his grandmother.

Most of all, I know Jaime is a good person. I've seen it in numerous ways since he was little. I believe he has the potential to make a difference in this world. My hope is that he will be able to continue his education, pursue his dreams, and make a great contribution to the scientific community. I think if he is given a chance, he will have a successful life.

I will always be there for him, to encourage him every step of the way because I love him and I know that he is worth it.

Sincerely,

Karen Mozdzierz
99 Hawthorne Drive
Countryside, IL 60525
708-357-9437

Dear Judge,

My name is Ken Mozdzierz. I am writing to you on behalf of my nephew, Jaime Breckenridge. I have known Jaime for 33 years and I have been with him through good times and bad.

Jaime has been on his own since high school and he has had numerous jobs over the years to support himself. It really impressed me when I heard that he was going back to school to improve his quality of life and earn a degree.

My wife and I had the opportunity to visit him when he was at the campus. He talked about a special interview that he was preparing for in the archeology department. He was chosen to apply for it because of his grades and commitment to the field. Upon hearing that he was accepted, I was so excited for him. This meant that he was going to a dig site in South America to search for fossils and other prehistoric items over summer break. He worked hard and upon his return to campus, was given the chance to work in a lab researching and collecting scientific data.

Through my sister-in-law, I was told that he had top grades in his classes and was well liked by students and faculty alike. This made me real proud and I couldn't wait to see what the future would hold for him.

Like the old saying that when life gives you lemons, you make lemonade. Jaime went further and built the stand.

I look forward to the day that Jaime will finish his schooling and make significant advances in the field he has chosen to pursue.

He is a good kid and I am proud to be his uncle.

Sincerely,

*Kenneth Mojdzie*

99 Hawthorne Drive

Countryside, IL 60525

708-357-9437

Dear Judge,

I am writing this letter to support Jay. I am Jay's girlfriend, I have known Jay for the past couple of years, I met Jay while he was down here in Belize excavating, from then on we haven't stop talking to each other, day and night we were on the phone. He was always there with me everytime. I love him so much he was everthing to me, I ever wanted in life and now that he is in Jail my life have not been the same for me, everthing has change sometimes I can't even go to sleep thinking of him. Because I can't forget all of our memories we spent with each other. I miss him Immensely. He's such a kind, caring and a loving boyfriend to me I couldn't ask more of him he is everthing I ever wanted in life. We visited Places, sites and the Cayes while he was with me. He was also helpful to me with his words encouraging me saying "Babe don't give up you can reach your goals you just need to belive in yourself and smile and think forward to the future" those words of his, motivated me to move on in my life and everytime we talk to each other those are his words to me. Now seeing him in this situation, It hurts me and makes me cry!

He's such a kind person, he wouldn't let me do anything by myself we helped each other, he is such a nice person. Also he has impressed me alot with his carrier in his education hearing and seeing him everytime he achieve something new in life and I was happy that he is almost done with his carrier he's about to graduate and after that he would work and earn money, we were planning to get married and have only one child who I would want to see growing and bringing a smile to my face. I can't explain how much pain it has cause me and will cause me to see his absence in my life It won't be the same for me. It's going to be a life changing, because he was always there for me and that's what hurts me now that he is in jail, and I am not talking to him anymore. But I know when he gets out he is going to finish his school and graduate because thats what he want in life to have a good future with me and our family and I also want the best for my life with him. My family love him and has miss him so much. I couldn't hold my tears writing this letter to you because no one knows my feeling and my love towards this special young man that I have met in my life, because I have known him

for his caring, loving and kindful heart he has. I love him so much and I miss him alot alot! Inclosing my letter I would like to say please set him free I want to see the love of my life back again. Please give him a chance to see his life and future with me. Please! Thank you.

Loretta Pop